1  Francesco Benavides, CSBN 258924
   Law Offices of Francesco Benavides
2      1990 N. California Blvd.  8th Floor
       Walnut Creek, CA 94596
3      Tel: (925) 222-7071
4      Email: francesco@benavidesdisabilitylaw.com
5
   Attorney for Plaintiff
6  STEPHANIE LYNN MEDINA

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10                         EASTERN DIVISION

11

   STEPHANIE LYNN MEDINA,              Case No. EDCV 5:25-cv-00317-BFM
12
13          Plaintiff,                 ORDER FOR THE AWARD AND
                                       PAYMENT OF ATTORNEY FEES
14          v.                         AND EXPENSES PURSUANT TO THE
                                       EQUAL ACCESS TO JUSTICE ACT
15
   FRANK BISIGNANO,
16 Commissioner of Social Security,
17
           Defendant.
18

19      Based upon the parties' Stipulation for the Award and Payment of Equal Access

20 to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the

21 amount of $8,100.00 as authorized by 28 U.S.C. § 2412, and no costs under 28 U.S.C.

22 § 1920, be awarded subject to the terms of the Stipulation.

23

24 DATE: JUNE 20, 2025

25                                     _____
                                       HON. BRIANNA FULLER MIRCHEFF
26                                     UNITED STATES DISTRICT JUDGE

27

28